UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-17069
ROGER L. WASHINGTON, )
) Chapter: 13
) Honorable Deborah L. Thorne
)
Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming on to be heard on the motion of SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-15, its successors and/or assigns, to modify the restraining provisions of §§362 and 1301 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §§362 and 1301 of the Bankruptcy Code are hereby modified to permit SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-15, its successors and/or assigns, to foreclose its security interest in certain real estate, with a common address of 1539 S Kedvale Ave, Chicago, Illinois 60623, as provided by Illinois law and statute;

IT IS FURTHER ORDERED that the restraining provisions of §1301, if applicable, are hereby lifted as to an individual by the name of Lanise Washington.

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001(a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

IT IS FURTHER ORDERED that all claims of this first mortgage shall be withdrawn upon entry of this order.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne
Dated: May 10, 2017                    United States Bankruptcy Judge

**Prepared by:**

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, AS