Form G-14

UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF ILLINOIS

Eastern Division

## CHANGE OF MAILING ADDRESS FOR DEBTOR(S)

Name of Debtor(s) listed on the bankruptcy case:   CASE NO.: 16-17069

Roger L. Washington   Chapter: 13

1. This change of mailing address is requested by: ☑ Debtor  ☐ Joint Debtor

2. **Old Address:**

   Name(s): Roger L. Washington

   Mailing Address: 1539 S Kedvale Ave

   City, State, Zip Code: Chicago, IL 60623

3. **New Address:**

   Mailing Address: 2149 S California Ave #3

   City, State, Zip Code: Chicago, IL 60608

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint Debtor's DeBN account number: _____

Date: 3/3/2021

DAVID H. CUTLER
Requestor's printed name(s)

*David Cutler*
Requestor's signature(s)

Debtor's Attorney
Title (if applicable, of corporate officer, partner or agent)

**This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015**

8/2015bgb